# EXHIBIT A

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>SRC2304550013 | | Case Type<br>I730 - REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| Received Date<br>09/23/2022 | Priority Date | Petitioner A[redacted]<br>GHUMMAN, QAISER MEHMOOD |
| Notice Date<br>11/21/2022 | Page<br>1 of 1 | Beneficiary A[redacted]<br>ANJUM, FAKHRA |

QAISER MEHMOOD GHUMMAN
[redacted]
BRONX NY 10469

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**<u>What the Official Notice Said</u>**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**If your address changes** - Non-U.S. citizens must report a change of address within ten (10) days of moving within the United States or its territories. To file a change of address visit the USCIS website at www.uscis.gov/addresschange or call UCC at 1-800-375-5283 (TDD number is 1-800-767-1833).

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Texas Service Center
U.S. CITIZENSHIP IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

**USCIS Contact Center: www.uscis.gov/contactcenter**



Scanned with CamScanner

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| SRC2304550016 | | 1730 - REFUGEE ASYLEE RELATIVE PETITION |
| **Received Date** 09/23/2022 | **Priority Date** | **Petitioner** A[redacted] GHUMMAN, QAISER MEHMOOD |
| **Notice Date** 11/21/2022 | **Page** 1 of 1 | **Beneficiary** A[redacted] QAISER, MUHAMMAD SHABAN |

QAISER MEHMOOD GHUMMAN
[redacted]
BRONX NY 10469

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**If your address changes** - Non-U.S. citizens must report a change of address within ten (10) days of moving within the United States or its territories. To file a change of address visit the USCIS website at www.uscis.gov/addresschange or call UCC at 1-800-375-5283 (TDD number is 1-800-767-1833).
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Texas Service Center
U.S. CITIZENSHIP IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012
**USCIS Contact Center: www.uscis.gov/contactcenter**



Scanned with CamScanner

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| **Receipt Number** SRC2304550015 | | **Case Type** I730 - REFUGEE ASYLEE RELATIVE PETITION |
| **Received Date** 09/23/2022 | **Priority Date** | **Petitioner** A[redacted] GHUMMAN, QAISER MEHMOOD |
| **Notice Date** 11/21/2022 | **Page** 1 of 1 | **Beneficiary** A[redacted] QAISER, MUHAMMAD REHAN |

QAISER MEHMOOD GHUMMAN
[redacted]
BRONX NY 10469

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time -** Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**If your address changes -** Non-U.S. citizens must report a change of address within ten (10) days of moving within the United States or its territories. To file a change of address visit the USCIS website at www.uscis.gov/addresschange or call UCC at 1-800-375-5283 (TDD number is 1-800-767-1833).

**Return of Original Documents -** Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Texas Service Center
U.S. CITIZENSHIP IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

**USCIS Contact Center: www.uscis.gov/contactcenter**



Scanned with CamScanner

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>SRC2304550017 | | Case Type<br>I730 - REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| Received Date<br>09/23/2022 | Priority Date | Petitioner A[redacted]<br>GHUMMAN, QAISER MEHMOOD |
| Notice Date<br>11/21/2022 | Page<br>1 of 1 | Beneficiary A[redacted]<br>AHMED, MUHAMMAD |

QAISER MEHMOOD GHUMMAN
[redacted]
BRONX NY 10469

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**If your address changes** - Non-U.S. citizens must report a change of address within ten (10) days of moving within the United States or its territories. To file a change of address visit the USCIS website at www.uscis.gov/addresschange or call UCC at 1-800-375-5283 (TDD number is 1-800-767-1833).
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Texas Service Center
U.S. CITIZENSHIP IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

**USCIS Contact Center: www.uscis.gov/contactcenter**



Scanned with CamScanner

# EXHIBIT B

ISL 2023645023

**Immigrant Visa Unit**
**U.S. Embassy**
**Islamabad, Pakistan**

Case ID(s): ISL 2023645028

Date: July 7, 2024

**Dear Visa Applicant:**

Your visa has been refused under the Immigration & Nationality Act (INA), Section 221(g). To overcome this refusal, please submit the items ticked below. Follow the instructions on the back to submit documents online or via courier.

- ☒ **Administrative processing** *(you will be notified if further action is needed)*
- ☐ **Passport** *(submit via courier)*
- ☐ **Medical examination** *(through panel physician)*
- ☐ Original **NADRA Family Registration Certificate** *(submit via courier)*
- ☐ Original **NADRA Birth Cert.** *(submit via courier)* ☐ Petitioner ☐ Beneficiary
- ☐ Original **NADRA Marriage Certificate** *(submit via courier)*
- ☐ Original **Nikah Nama** *(submit via courier)*
- ☐ Original **NADRA Divorce Cert.** *(submit via courier)* ☐ Petitioner ☐ Beneficiary
- ☐ Original **U.S. Divorce Decree** or certified copy *(submit via courier)*
- ☐ Original **Death Certificate** *(submit via courier) for:* ____________
- ☐ Original **Police Certificate** *(submit via courier) for country:* ____________
- ☐ **English translation** *(submit via courier) of document:* ____________
- ☐ **I-864 Affidavit of Support** *(submit via ☐ courier / ☐ online)*
  - ☐ Petitioner ☐ Joint Sponsor
  - ☐ *I-864A* ☐ *I-134* ☐ *I-864W* ☐ *1040* ☐ *W-2* ☐ *IRS tax transcript*
  - ☐ *Proof of U.S. citizenship or LPR status* ☐ *Domicile*
- ☐ **DNA test** recommended for: ____________
- ☐ **Other**: ____________

If you fail to take action within one year, your petition will be permanently terminated under INA Section 203(g). Additional information about required documents can be found in the Reciprocity Schedule at travel.state.gov. Update any changes to your address, phone number, or email address via Islamabad Immigrant Visa Navigator at (https://pk.usembassy.gov/visas/immigrant-visas/), OR scan the code at the top of next page. You can check the status of your application online at https://ceac.state.gov/CEAC/.

**Immigrant Visa Unit**
**U.S. Embassy**
**Islamabad, Pakistan**

ISL2023613029

Case ID(s): ISL2023615026
ISL2023615027

Date: July 3, 2024

**Dear Visa Applicant:**

Your visa has been refused under the Immigration & Nationality Act (INA), Section 221(g). To overcome this refusal, please submit the items ticked below. Follow the instructions on the back to submit documents online or via courier.

- ☒ **Administrative processing** *(you will be notified if further action is needed)*
- ☐ **Passport** *(submit via courier)*
- ☐ **Medical examination** *(through panel physician)*
- ☐ Original **NADRA Family Registration Certificate** *(submit via courier)*
- ☐ Original **NADRA Birth Cert.** *(submit via courier)* ☐ Petitioner ☐ Beneficiary
- ☐ Original **NADRA Marriage Certificate** *(submit via courier)*
- ☐ Original **Nikah Nama** *(submit via courier)*
- ☐ Original **NADRA Divorce Cert.** *(submit via courier)* ☐ Petitioner ☐ Beneficiary
- ☐ Original **U.S. Divorce Decree** or certified copy *(submit via courier)*
- ☐ Original **Death Certificate** *(submit via courier) for:* ____________
- ☐ Original **Police Certificate** *(submit via courier) for country:* ____________
- ☐ **English translation** *(submit via courier) of document:* ____________
- ☐ **I-864 Affidavit of Support** *(submit via ☐ courier / ☐ online)*
  - ☐ Petitioner ☐ Joint Sponsor
  - ☐ *I-864A* ☐ *I-134* ☐ *I-864W* ☐ *1040* ☐ *W-2* ☐ *IRS tax transcript*
  - ☐ *Proof of U.S. citizenship or LPR status* ☐ *Domicile*
- ☐ **DNA test** recommended for: ____________
- ☒ **Other:** See yellow Sheet

If you fail to take action within one year, your petition will be permanently terminated under INA Section 203(g). Additional information about required documents can be found in the Reciprocity Schedule at travel.state.gov. Update any changes to your address, phone number, or email address via Islamabad Immigrant Visa Navigator at (https://pk.usembassy.gov/visas/immigrant-visas/), OR scan the code at the top of next page. You can check the status of your application online at https://ceac.state.gov/CEAC/.

---

**Immigrant Visa Unit**
**U.S. Embassy**
**Islamabad, Pakistan**

APB

**Case #:** ____________
**Name:** ____________
**Date:** ____________

The consular officer refused your immigrant visa application under Section 221 (g) of the Immigration and Nationality Act as the officer was unable to conclude that you were eligible for the visa sought. The consular section will undertake additional administrative processing at the conclusion of which a consular officer may review and re-adjudicate your application.

## Additional Information

To provide the information requested by the consular officer, please scan the QR code, and respond to the questions.

## CV / Resume / Publications

To provide the information requested by the consular officer, please visit https://pk.usembassy.gov/mts or scan the QR code, and upload the documents in a single Word file under the size of 2MB.

## Supplemental Questionnaire

To provide the information requested by the consular officer, please visit https://pk.usembassy.gov/mrn or scan the QR code, and upload the documents in a single Word file under the size of 2MB.

**For resources and information about immigrant visa services being offered at the U.S. Embassy, Islamabad, or to contact our office, please scan the QR code:**

# EXHIBIT C

- Your complete resume/ CV
- List of any publications that you have written or co-written, if applicable
- List of personal or professional references from your home country
- Letters of recommendation from a United States or overseas sources, if applicable
- Letters of support from your financial sponsor, if applicable
- Detailed description of the work you plan to do while in the United States

Your submission has been successfully received.

Once we complete administrative processing, we will contact you with instructions on how return your passport. There is no need to contact us further, unless we ask you for additional information.

To check your application status, please visit: CEAC

Thank you for your patience.

U.S. EMBASSY & CONSULATES IN PAKISTAN

White House Department of State
Privacy Policy Social Media Terms of Use
Contact us FOIA No Fear Act
Accessibility Statement

?

Help us improve

# EXHIBIT D

Gmail [redacted]

# This was email to submit additional questionnaire for ( Fakhra,Shaban,Rehan,Ahmed)

1 message

**Rehan Qaiser** <rehanqaiser786@gmail.com> Fri, Sep 18, 2026 at 12:29 PM
To: [redacted]

**From:** Islamabad, Pak92 Info <pak92info@state.gov>
**Sent:** Wednesday, July 10, 2024 1:33 AM
**To:** [redacted]
**Subject:** Additional Questionnaire - Muhammad Shaban Qaiser
**Importance:** High

[redacted]

Dear Applicant,

Your visa application has been refused under Section 221(g) of the Immigrant and Nationality Act **pending the submission of the requested information below.**

**GENERAL INSTRUCTIONS**

- You are requested to reply directly to this email (pak92info@state.gov) and provide responses to each of the items below in editable text form only.
- You are not limited to 2 responses per each question. Please continue numbering and listing responses as needed.
- If you are unsure of the answer to a question, please provide a response to the best of your knowledge. For example, if you are unsure of an exact address, provide the city, state, and street name if you can recall them. U.S. Department of State will consider all the information derived from the form in its entirety.

- Failure to answer every question will not necessarily preclude visa issuance, as the application is considered in its entirety.
- If you believe a particular question does not apply to you or your circumstances, please type "not applicable" or "N/A."

**RELATIONSHIP TO PRINCIPAL:**

**TELEPHONE NUMBERS**

**PHONE_NUMBER:**

**PHONE_NUMBER:**

**APPLICANT EMAIL ADDRESSES**

**EMAIL_ADDRESS:**

**SOCIAL MEDIA:**

**FACEBOOK:**

**TWITTER:**

**INSTAGRAM:**

**YOUTUBE:**

**WECHAT:**

**QQ:**

**QZONE:**

**TUMBLR:**

**LINKEDIN:**

**WEIBO:**

**VKONTAKTE:**

**EMPLOYMENT HISTORY:**

**EMPLOYER_NAME:**

**ADDRESS OF EMPLOYER:**

**OCCUPATION:**

**DATE RANGE:**

**ALIAS INFORMATION**

**ALIAS_SURNAME:**

**ALIAS_GIVEN_NAME:**

**ALIAS_SOURCE:**

**ALIAS_DATE_OF BIRTH:**

**ALIAS_SOURCE:**

**NATIONALITIES**

**APPLICANT_NATIONALITY:**

**PASSPORTS**

**PASSPORT_NUMBER:**

**COUNTRY OF ISSUANCE:**

**ISSUE DATE:**

**MARRIAGES:**

**TOTAL_NUMBER_OF_MARRIAGES:**

**SPOUSE_FAMILY_NAME:**

**SPOUSE GIVEN NAME:**

**OTHER NAMES USED BY SPOUSE:**

**DATE OF BIRTH:**

**PLACE OF BIRTH:**

**ADDRESS:**

**EMAIL ADRESS:**

**PHONE NUMBER:**

**DECEASED:**

**DATE OF DEATH:**

**MARRIAGE DATE:**

**PLACE OF MARRIAGE:**

**DIVORCE DATE:**

**PLACE OF DIVORCE:**

**EDUCATION:**

**HIGHEST_EDUCATION_LEVEL:**

**NAME OF SCHOOL:**

**LOCATION OF SCHOOL:**

**TYPE OF SCHOOL OR COURSE OF STUDY:**

**TITLE OF DEGREE:**

**DATE RANGE:**

**LANGUAGES SPOKEN**

**LANGUAGE_SPOKEN:**

**LANGUAGE_SPOKEN:**

**LANGUAGE_SPOKEN:**

**MILITARY SERVICE:**

**MILITARY_SERVICE:**

**COUNTRY OF MILITARY SERVICE:**

**UNIT:**

**DUTY LOCATION: SPECIALITY:**

**HIGHEST RANK:**

**SERIAL NUMBER:**

**DATES OF SERVICE:**

**PARENT INFORMATION**

**PARENT_FAMILY_NAME:**

**PARENT GIVEN NAME:**

**DATE OF BIRTH:**

**COUNTRY OF BIRTH:**

**ADDRESS:**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**PARENT RELATIONSHIP:**

**DECEASED:**

**DATE OF DEATH:**

**PARENT_FAMILY_NAME:**

**PARENT GIVEN NAME:**

**DATE OF BIRTH:**

**COUNTRY OF BIRTH:**

**ADDRESS:**

**EMAIL:**

**PHONE NUMBERS:**

**PARENT RELATIONSHIP:**

**DECEASED:**

**DATE OF DEATH:**

**CHILDREN INFORMATION:**

**CHILD_FAMILY_NAME:**

**CHILD GIVEN NAME:**

**ADDRESS:**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**DATE OF BIRTH:**

**PLACE OF BIRTH (COUNTRY):**

**PLACE OF BIRTH (CITY):**

**DECEASED:**

**DATE OF DEATH:**

**CHILD_FAMILY_NAME:**

**CHILD GIVEN NAME:**

**ADDRESS:**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**DATE OF BIRTH:**

**PLACE OF BIRTH (COUNTRY):**

**PLACE OF BIRTH (CITY):**

**DECEASED:**

**DATE OF DEATH:**

**CHILD_FAMILY_NAME:**

**CHILD GIVEN NAME:**

**ADDRESS:**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**DATE OF BIRTH:**

**PLACE OF BIRTH (COUNTRY):**

**PLACE OF BIRTH (CITY):**

**DECEASED:**

**DATE OF DEATH:**

**SIBLING INFORMATION**

**SIBLING_FAMILY_NAME:**

**SIBLING GIVEN NAME:**

**ADDRESS:**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**DATE OF BIRTH:**

**PLACE OF BIRTH (COUNTRY):**

**PLACE OF BIRTH (CITY):**

**DECEASED:**

**DATE OF DEATH:**

**SIBLING_FAMILY_NAME:**

**SIBLING GIVEN NAME:**

**ADDRESS:**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**DATE OF BIRTH:**

**PLACE OF BIRTH (COUNTRY):**

**PLACE OF BIRTH (CITY):**

**DECEASED:**

**DATE OF DEATH:**

**SIBLING_FAMILY_NAME:**

**SIBLING GIVEN NAME:**

**ADDRESS:**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**DATE OF BIRTH:**

**PLACE OF BIRTH (COUNTRY):**

**PLACE OF BIRTH (CITY):**

**DECEASED:**

**DATE OF DEATH:**

Page Break

**SIBLING_FAMILY_NAME:**

**SIBLING GIVEN NAME:**

**ADDRESS:**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**DATE OF BIRTH:**

**PLACE OF BIRTH (COUNTRY):**

**PLACE OF BIRTH (CITY):**

**DECEASED:**

**DATE OF DEATH:**

**SIBLING_FAMILY_NAME:**

**SIBLING GIVEN NAME:**

**ADDRESS:**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**DATE OF BIRTH:**

**PLACE OF BIRTH (COUNTRY):**

**PLACE OF BIRTH (CITY):**

**DECEASED:**

**DATE OF DEATH:**

**SIBLING_FAMILY_NAME:**

**SIBLING GIVEN NAME:**

**ADDRESS**

**EMAIL ADDRESS:**

**PHONE NUMBER:**

**DATE OF BIRTH:**

**PLACE OF BIRTH (COUNTRY):**

**PLACE OF BIRTH (CITY):**

**DECEASED:**

**DATE OF DEATH:**

# EXHIBIT E

R

me 16 Jul 2024

to pak92info

| | |
|---|---|
| From | **Rehan Qaiser** rehanqaiser786@gmail.com |
| To | pak92info@state.gov |
| Date | **16 Jul 2024 at 3:48 AM** |

---------- Forwarded message ---------
From: **Qaiser Ghumman**
<qaiserghumman1977@gmail.com>
Date: Tue, 16 Jul 2024 at 12:52 AM
Subject: Fwd: FW: Additional Questionnaire - Fatima Qaiser
To: <rehanqaiser786@gmail.com>

pk.usembassy.gov

# SUPPLEMENTAL QUESTIONNAIRE SUBMISSION

If your case is under administrative processing, please follow the instructions as mentioned in the 221(g) letter you received. Please provide the requested information as soon as possible to avoid delays in your visa processing. Please complete these supplemental questions if a visa officer has requested it.

Your submission has been successfully received.

Once we complete administrative processing, we will contact you with instructions on how return your passport. There is no need to contact us further, unless we ask you for additional information.

To check your application status, please visit: CEAC

Thank you for your patience.

## U.S. EMBASSY & CONSULATES IN PAKISTAN

White House | Department of State
Privacy Policy | Social Media Terms of Use
Contact us | FOIA | No Fear Act
Ac[illegible]ility Statement

Help us improve

# EXHIBIT F


VISAS/ویزا

26 APR 2025
FIA IMMIGRATION OFFICER

Admitted for an indefinite period as a returning asylee dependent of an asylee under Section 208(b) of the Immigration & Nationality Act
PRIOR PERMISSION
EMPLOYMENT AUTHORIZED
27APR2025 AUH 11973
Date, Port, and CBP officer number

UNITED STATES OF AMERICA
VISA

[redacted]

Issuing Post Name
US EMBASSY ISLAMABAD
NOT A VISA
Case Number
ISL202364502801
Surname
QAISER
Registration Number
243038176
Given Name
FATIMA
Sex
F
Category
YY
Birth Date
[redacted]2005
Birthplace
PKST
Nationality
PKST
Marital Status
SNG
Passport Number
KC4919681
Issue Date
26MAR2025
Expires on
17AUG2025
Annotation
CLEARANCE RECEIVED 18DEC2024
A243038176
V6250542
NOT A VISA. FOIL PREPARED AT DHS REQUEST. MAY BE BOARDED WITHOUT TRANSPORTATION CARRIER LIABILITY

[redacted]

Scanned with CamScanner

# EXHIBIT G

9:27

*United States Senate*

*Washington, D.C.*

*Dear Senator Charles E. Schumer:*

*Thank you for your April 14 inquiry on behalf of your constituent, Ghumman Qaiser Mehmood, concerning the immigrant visa case of Muhammad Rehan Qaiser.*

*Our records indicate that Muhammad Qaiser's case is still refused under INA 221g for administrative processing, a normal part of the visa application process that can neither be expedited nor waived. We are unable to predict the amount of time this will require. Once the administrative processing is complete, our office will contact the applicant.*

*We realize that these extended time periods can cause frustration and we are sensitive to the fact that the purpose of the immigrant visa program is to re-unite families. Nonetheless, we must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing. While we cannot predict when the processing of Muhammad Qaiser's visa will be completed, please be assured that we are aware of your concerns and will do all we can to see that the application is adjudicated as soon as the administrative processing is complete.*

Reply all Forward

9:27

United States Senate

Washington, D.C.

Dear Senator Schumer:

Thank you for your July 23 inquiry on behalf of your constituent, Mr. Memood Ghumman Qaiser, concerning the immigrant visa case of Mr. Muhammad Shaban Qaiser. We appreciate your patience in awaiting a response.

Our records indicate that Mr. Qaiser's case is still refused under INA 221g for administrative processing, a normal part of the visa application process that can neither be expedited nor waived. We are unable to predict the amount of time this will require. Once the administrative processing is complete, our office will contact the applicant.

We realize that these extended time periods can cause frustration and we are sensitive to the fact that the purpose of the immigrant visa program is to re-unite families. Nonetheless, we must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing. While we cannot predict when the processing of Mr. Qaiser's visa will be completed, please be assured that we are aware of your concerns and will do all we can to see that the application is adjudicated as soon as the administrative processing is complete.

Reply Forward

I

Islamabad, Pak92 Info
15 Jan 2025
to me

[redacted]

Dear Sir/Madam,

Our records indicate that the visa application for immigrant visa case is still pending under administrative processing. Unfortunately, it is not possible for us to predict how long this processing may take. The wait could possibly be quite lengthy. However, please rest assured that as soon as this processing is finished, we will contact the applicant using the contact information he/she has provided on his/her application. Thank you for your kind understanding.

To check the status of your case, please visit http://ceac.state.gov/CEAC/ and enter your application number (the number printed under the bar code on your confirmation sheet). Case status is automatically updated on daily basis. For further assistance from the Immigrant Visa Unit, U.S. Embassy, Islamabad, Our Islamabad IV Navigator will help you find resources and information about immigrant visa services offered by U.S. Embassy, Islamabad. You can click on Islamabad Immigrant Visa Navigator or scan the QR code to access it from your phone.

Reply

Forward

R

me 11 Feb 2025

Hi officer hope you're doing well.Im looking to h...

I

Islamabad, Pak92 Info

11 Feb 2025

to me

Dear Petitioner,

Your immigrant visa case is currently in administrative processing. Please be assured that we are working diligently to complete this process. You will be notified once a final decision is made on your case.

To respond, make another inquiry, or request additional information, please visit the Islamabad Immigrant Visa Navigator or scan the QR code below:

Reply Forward

Islamabad, IV No Reply
19 Feb 2025
to me

Dear Petitioner,

Your immigrant visa case is currently in administrative processing. Please be assured that we are working diligently to complete this process. You will be notified once a final decision is made on your case.

To respond, make another inquiry, or request additional information, please visit the Islamabad Immigrant Visa Navigator or scan the QR code below:

Sincerely,

Immigration Visa Unit

Consular Section,

U.S. Embassy Islamabad, Pakistan

Reply Forward

Islamabad, IV No Reply 20 May
to me

[redacted]

Dear Sir/Madam,

Thank you for writing to our office. Below mentioned asylum visa cases have been refused under INA Section 221(g) for administrative processing, an integral part of the visa adjudication and issuance process that can neither be expedited nor waived. Unfortunately, it is difficult to predict the amount of time the processing will take; and timing varies based on the individual circumstances of each case. The visa application will be reconsidered when administrative processing is complete.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws. We recognize that this process can be frustrating for applicants and regret any inconvenience.

Sincerely,

Immigrant Visa Unit

Reply Forward