UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QAISER GHUMMAN,

Plaintiff,

-against-

Secretary of State of the U.S. Department of State MARCO RUBIO; et. al.

Defendants.

26-CV-08602 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 2, 2026, Plaintiff filed his Complaint for a Writ of Mandamus and Complaint Under the Administrative Procedure Act (the "Complaint") seeking, in part, mandamus and injunctive relief with respect to the immigrant visa petitions of the beneficiaries of Plaintiff's Form I-730, Refugee/Asylee Relative Petitions. (ECF 3.) By Order of Reference, dated October 6, 2026, Judge Vernon S. Broderick referred this case to me for general pretrial supervision. (ECF 7.)

It is ORDERED that, **within 28 days** of Plaintiff's service of the Complaint on Defendants, Plaintiff shall file a memorandum of law in support of his request for affirmative relief; **within 28 days** of Plaintiff's filing of his memorandum of law, the Government shall file a memorandum of law in opposition to Plaintiff's request; **and within 14 days** of the Government's filing of its memorandum of law in opposition to Plaintiff's request, Plaintiff shall file his reply memorandum of law in further support of his request, if any. The memoranda and other materials shall comply with the local rules and Judge Broderick's individual rules.

DATED: October 7, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**